FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17  PM 12: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 03-0157 |
| ERIC JOSEPH MARSHALL | * | SECTION "F" (6) |

## REPORT AND RECOMMENDATION

Before the court is defendant, Eric Joseph Marshall's "Motion for Entry of an Order Directing Appointed Counsel to Disclose to Defendant's (sic) His Criminal Discovery Packet to Him (sic)" (Rec. Doc. 108) and a "Motion To Compel Production of Documents" (Rec. Doc. 109). These motions were referred to the United States Magistrate Judge on April 5, 2006 by the District Judge for the purpose of conducting hearings, including an evidentiary hearing, if necessary, and submission of proposed findings and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B) and (C)).

Upon review of the record, the Magistrate Judge has determined that this matter can be disposed of without an evidentiary hearing. For the reasons which follow, it is hereby RECOMMENDED that the motions be denied as moot.

___ Fee_____
___ Process____
X   Dktd_____
✓   CtRmDep___
___ Doc. No___

## Background and Analysis

Defendant, Eric Joseph Marshall was charged in a three count indictment with bank robbery (count one), possession of a firearm in relation to the commission of a crime of violence (count two) and possession of a firearm by a convicted felon (count three).[1] He was found guilty by a jury of all three counts on October 26, 2004 and was sentenced on February 16, 2005 to a term of 63 months each as to counts 1 and 3, to run concurrently, and to a term of 84 months as to count 2, to run consecutively, for a total of 147 months imprisonment.[2] On February 16, 2005, Attorney Willard Hill was allowed to withdraw from the case and the Federal Public Defender was appointed to represent Marshall on appeal.[3] Subsequently, counsel for Marshall filed an *Anders*[4] brief with the U.S. Fifth Circuit and a motion to withdraw. On March 27, 2006, the U.S. Fifth Circuit Court of Appeals granted the motion to withdraw, denied Marshall's *pro se* "Motion for Withdrawal of *Anders* Brief and Appellate Counsel" and dismissed the appeal.[5]

In his motions before this court, Marshall specifically requests DNA evidence and his "criminal discovery packet" so that he can properly prepare his argument to the appellate

---

[1] Rec. Doc. 17, Superceding Indictment filed June 27, 2003.

[2] Rec. Docs. 79 and 89, Smooth Minutes of Trial and Judgment and Commitment Order, respectively.

[3] Rec. Doc. 88.

[4] *Anders v. California*, 386 U.S. 738, 744 (1967).

[5] See *United States v. Marshall*, Docket # 05-30254 (5th Cir., 3/27/06) (Summary Calendar) (opinion attached hereto).

court in his pending case.[6] However, since Marshall no longer has a pending appeal, the denial of his appeal by the U.S. Fifth Circuit effectively renders Marshall's motions MOOT.

### Recommendation

Accordingly, for the foregoing reasons, IT IS HEREBY RECOMMENDED that defendant Eric Joseph Marshall's "Motion for Entry of an Order Directing Appointed Counsel to Disclose to Defendant's (sic) His Criminal Discovery Packet to Him (sic)" (Rec. Doc. 108) and a "Motion To Compel Production of Documents" (Rec. Doc. 109) be DENIED as MOOT.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 17th day of April, 2006.

Louis Moore, Jr.
UNITED STATES MAGISTRATE JUDGE

---

[6] See Rec. Doc. 108 at p. 2. See also Rec. Doc. 109 at p.1 wherein Marshall states that said production of unspecified "sealed" documents will produce substantial evidence in his favor that was not available during his criminal proceedings.

United States Court of Appeals
Fifth Circuit
**FILED**
March 27, 2006
Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 05-30243
Summary Calendar

---

UNITED STATES OF AMERICA,

                         Plaintiff-Appellee,

versus

ERIC JOSEPH MARSHALL, also known as Slim,
also known as John Doe,

                         Defendant-Appellant.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(2:03-CR-157-3)

---

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Eric Joseph Marshall has filed a motion to withdraw and brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744 (1967). Our independent review of the brief, Marshall's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2. Marshall's "Motion for Withdrawal of Anders Brief and Appellate Counsel" is DENIED.