FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 28  PM 4:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 03-0157 |
| ERIC JOSEPH MARSHALL | * | SECTION "F" (6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Eric J. Marshall's Motion for Entry of an Order Directing Appointed Counsel to Disclose His Criminal Discovery Packet and Motion To Compel Production of Documents IS HEREBY DENIED with the exception of the DNA reports, which were provided to the movant with the Report and Recommendation.

New Orleans, Louisiana, this 28th day of MARCH, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____